**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**　　　　　　　　　　　　　　　　　　　　　　**Case No. 14-CR-110**

**JOEY JAMES-ROBY**
    **Defendant.**

## ORDER

**IT IS ORDERED** that an amended judgment issue correcting the supervised release term to indicate "three years" as orally pronounced. Fed. R. Crim. P. 36.

Dated at Milwaukee, Wisconsin, this 18th day of February, 2015.

                                       /s Lynn Adelman
                                       LYNN ADELMAN
                                       District Judge